THOMAS R. BURKE (SBN 141930)
JEFF GLASSER (SBN 252596)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: 415.276.6500
Facsimile: 415.276.6599
thomasburke@dwt.com; jeffglasser@dwt.com

Attorneys for Plaintiff JEFFREY MARTINS

MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX TSE (CSBN 152348)
Chief, Civil Division
JONATHAN U. LEE (CSBN 148792)
ABRAHAM SIMMONS (CSBN 146400)
Assistant United States Attorneys

    450 Golden Gate Ave., 9th Floor
    San Francisco, California 94104
    Telephone: (415) 436-7264
    FAX: (415) 436-6748
    abraham.simmons@usdoj.gov

Attorneys for Federal Defendants

(additional attorneys on following page)

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY MARTINS, | Case No. C 13-00591 LB |
| Plaintiff, | **JOINT BRIEFING SCHEDULE AND SELECTION OF MAGISTRATE JUDGES FOR A SETTLEMENT CONFERENCE** |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, an agency of the United States Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO MAYORKAS, in his official capacity as Director of United States Citizenship and Immigration Services; JANET NAPOLITANO, in her official capacity as Secretary of the Department of Homeland Security, | Date: July 3, 2013<br>Time: 9:30 a.m.<br>Courtroom C, 15th Floor |
| Defendants. | |

1

(ADDITIONAL ATTORNEYS)

FOR PLAINTIFF

ROBIN L. GOLDFADEN (SBN 208055)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
  OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: 415.543.9444 ext. 201
Facsimile: 415.543.0296
rgoldfaden@lccr.com

Pursuant to this Court's April 18, 2013 Civil Minute Order[1], the parties hereby submit the following Joint Briefing Schedule for Plaintiff's anticipated Motion for Preliminary Injunction and Selection of Magistrate Judge For A Settlement Conference:

1. Jointly Proposed Briefing Schedule

<u>Hearing Date</u>:  July 3, 2013

<u>Motion Filed</u>:  May 29, 2013

<u>Opposition</u>:  June 12, 2013

<u>Reply</u>:  June 19, 2013

2. Selection of Magistrate Judge for A Settlement Conference

The parties select Magistrate Judge Laporte.

DATED this 26th day of April, 2013.

GRANTED
Judge Laurel Beeler

| | |
|---|---|
| MELINDA HAAG<br>United States Attorney | DAVIS WRIGHT TREMAINE LLP |
| _/s/ Abraham Simmons_____<br>ABRAHAM A. SIMMONS<br>Assistant U.S. Attorney<br>Attorneys for Federal Defendants | _/s/ Thomas R. Burke_____<br>THOMAS R. BURKE<br>Attorneys for Plaintiff<br>Attorneys for Plaintiff JEFFERY MARTINS |

---

[1] At the Case Management Conference on A[pril 18, 2013, counsel for Plaintiff represented that if a motion for preliminary injunction were needed, it would be filed by May 15, 2013.  Since the conference, counsel for the Defendants has advised that his clients are still determining whether or not all or some portion of the requested Asylum Officer notes will be released to plaintiff without a court order requiring their production.  If all of the notes are promptly released by the Defendants, Plaintiff will not file (or will withdraw) his motion for preliminary injunction.  Counsel for Plaintiff selected the July 3, 2013, hearing date set forth in the text because it appears to be the only date that is currently available for argument on the Court's calendar without setting the motion (and briefing schedule) on an expedited basis.  If a motion is required, however, counsel for Plaintiff would prefer that the Court hold a hearing *before* July 3, as one of the Asylum Officer notes at issue is needed for a July 1 immigration hearing.  Accordingly, Plaintiff respectfully requests leave to seek an earlier hearing date (and expedited briefing schedule) if this becomes necessary.  Defendant prefers the joint briefing schedule outlined above.