# EXHIBIT A

OMB No. 1615-0102; Expires 01/31/2015

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form G-639, Freedom of Information/Privacy Act Request**

**NOTE:** Use of this form is optional. Any written format for a Freedom of Information or Privacy Act request is acceptable.

**START HERE -** Type or print in black ink. Read instructions before completing this form.

**1. Type of Request** *(Check appropriate box. NOTE: If you are filing this request for records on behalf of another individual, please respond to Number 1 as it would apply to that individual.)*

☐ Freedom of Information Act (FOIA): I am not a U.S. citizen/Lawful Permanent Resident and I am requesting my own records.

☐ Freedom of Information Act (FOIA): I am a U.S. citizen/Lawful Permanent Resident and I am requesting documents other than my own records.

☐ Privacy Act (PA): I am a U.S. citizen/Lawful Permanent Resident and I am requesting my own records.

☐ Amendment of Record (PA only): I am a U.S. citizen/Lawful Permanent Resident and I am requesting amendment of my own records.

☐ Other: _____

**2. Description of Record(s) Requested:**

**NOTE:** While you are not required to respond to all items in Number 2, failure to provide complete and specific information as requested may result in a delay in processing or an inability to locate the record(s) or information requested.

☐ Complete Alien File (A-File)

☐ Other *(please specify):* _____

**Purpose:** *(Optional: You are not required to state the purpose of your request. However, doing so may assist USCIS in locating the record(s) needed to respond to your request.)*

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name | |
|---|---|---|---|
| Other Names Used *(if any)* | Name at time of entry into the U.S. | | I-94 Admission # |
| Alien Registration Number *(A#)* | Petition or Claim Receipt # | Country of Birth | Date of Birth *(mm/dd/yyyy)* |

Names of other family members that may appear on requested record(s) *(i.e., spouse, daughter, son):*

| Family Member's Name: Given Name *(First Name)* | Middle Name | Family Name *(Last Name)* | Relationship |
|---|---|---|---|
| Father's Name: Given Name *(First Name)* | Middle Name | Family Name *(Last Name)* | |
| Mother's Name: Given Name *(First Name)* | Middle Name | Family Name *(Last Name, including Maiden Name)* | |
| Country of Origin *(Place of Departure)* | Port of Entry Into the U.S. | Date of Entry *(mm/dd/yyyy)* | |
| Manner of Entry *(Air, Sea, Land)* | Mode of Travel *(Name of Carrier)* | | |

Form G-639 (01/29/12) N Page 1

**3. Subject of Record Consent to Release Information** *(Must be signed by the subject of record(s) requested.)*

***By my signature, I consent to allow USCIS to release to the requester named in Number 5 (Check applicable box):***

☐ All of my records        ☐ A portion of my records *(If a portion, specify below what part, i.e., copy of application.)*

Print Name of Subject of Record

Signature of Subject of Record                                          Date *(mm/dd/yyyy)*

☐ Deceased Subject - **Proof of death must be attached** *(Obituary, Death Certificate, or other proof of death required)*

**4. Verification of Identity** *(Required; Fill out all that apply.)*

| Name of Subject of Record *(First, Middle, Last)* | Daytime Telephone | E-mail Address | |
|---|---|---|---|
| Address *(Street Number and Name)* | | | Apt. Number |
| City | State | | Zip Code |
| Date of Birth *(mm/dd/yyyy)* | Place of Birth | | |

**The Subject of Record must provide a signature under either a Notarized Affidavit of Identity or a Sworn Declaration Under Penalty of Perjury:**

☐ Notarized Affidavit of Identity

Signature of Subject of Record _____    Date *(mm/dd/yyyy)* _____

Subscribed and sworn to before me this _____ day of _____    Telephone No. _____

Signature of Notary _____    My Commission Expires on _____

**OR**

☐ Sworn Declaration Under Penalty of Perjury

**Executed outside the United States**

If executed outside the United States: "I declare (certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

Signature of Subject of Record

**Executed in the United States**

If executed within the United States, its territories, possessions, or commonwealths: "I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct."

Signature of Subject of Record

**5. Requester Information**

By my signature, I consent to pay all costs incurred for search, duplication and review of materials up to $25 *(See instructions)*

Signature of Requester:

| Name of Requester *(Fill out if different from the Subject of Record.)* | Daytime Telephone | E-mail Address | |
|---|---|---|---|
| Address *(Street Number and Name)* | | | Apt. Number |
| City | State | | Zip Code |