# EXHIBIT B

# Supplemental Release

Pg. 1 of 15

A#
Name:
Date 4/2/08

AO: Brenda Leanhart
ZSF 181

Interview Start: 8:40
Interview Finish:

**Monitor Information**
Monitor Number 1507269
Start Time: 09:15
End Time:
Language:

*NOTE: This is not a verbatim summary of this proceeding.*

**To applicant:**
    Purpose: to collect information
    First we will go through your application
    Then I will ask specific questions about what happened to you

**To interpreter:**
    If I do not speak clearly enough or loudly enough, please let me know

**To applicant:**
    If you don't understand something, please let me know
    If don't know, ok to say "I don't know"
    Ask questions if don't understand
    It's important that you understand me and to understand your interpreter
    Do you understand me so far? yes
    Do you understand your interpreter? yes

**Role of Interpreter**
    Only here to translate, not legal representative
    Will interpret everything we say word-for-word
    Will not converse or explain things to you, my job.
    Conversation between you and me, if questions, ask me.

**Confidentiality**
    Confidential within US govt
    Application not reported to home country

No decision today – you come back to pick up decision

**Background Info**

Do you have any documents that you would like to submit today? submitted

83

Supplemental Release

Pg. 2 of 15

A#                                          AO: Brenda Leanhart
Name:                                       ZSF 181
Date  4._ _ . _

## ADMINISTRATIVE TASKS AND INFORMATION

**Present at interview:** Applicant / Interpreter

**Do you have an attorney?**   no

**G-28 in file?**   no

**Monitor oath form complete?**   yes

**Interpreter oath form complete?**   yes

**Interpreter ID copied for file?**   yes

**Applicant oath form complete?**   yes

**Does applicant understand information on the oath form?**   yes

**Does applicant have any questions about oath form?**   no

**Oath administered?**   yes


| | |
|---|---|
| **Applicant's Oath →** | Do you solemnly swear that the testimony you give will be the truth, the whole truth, and nothing but the truth? |
| **Interpreters Oath →** | Do you solemnly swear to interpret all questions and answers truthfully and accurately? |
| **Monitor's Oath →** | See monitor sheet |

## I-589 INFORMATION

I-589 and declaration were completed by whom?

How do know this person?  I met him in Sunnyvale temple

84

A#
Name:
Date ·

AO: Brenda Leanhart
ZSF 181

What kind of temple? Hindu temple

Name of temple? Sunnyvale temple

Where is it located? Sunnyvale city

Where in Sunnyvale? I don't know; I went with my friend

How many times have you gone to temple? 5 or 6 times

After you signed, was I-589 and declaration reviewed with you in language that you understand?   yes

After you signed your application were you given a copy of it?   yes

Were you given a copy of your declaration?   yes

Are you aware of contents of I-589 and declaration?   Yes but I need one correction; I am not a memeber of any party

Can you tell where the correction is? (he gets out his copy of I-589 and shows page 5, page 6 changes)

Are the contents true and correct?   yes

Have you applied for asylum or refugee status any other time in U.S., or in any other country?   no

(he is starting to answer without waiting for translations)

Would you like to make any changes in I-589 at this time?   no

Have you ever used any other names?   no

Have you ever used any other date of birth?   no

Ever made any false statements to someone who works for the U.S. Govt?   no

Ever used or presented any false or fraudulent documents to someone who works for the U.S. Govt?   no

Supplemental Release

A#  
Name:  
Date ·

AO: Brenda Leanhart  
ZSF 181

Do you speak Hindi fluently?  
    Yes

So you speak two languages fluently?  
    Hindi and Punjabi

Do you know English?  
    A little

Can you read and write English?  
    Yes some

Speaking English?  
    A little, like my name

Do you have any other family members in the United States? no

Who are you living with? With my friend

Name?

How do you know this person? This belongs to my city – my native city

What city is that? D

Where is that? P

Does your friend have asylum in the US? I don't know; he is he

How did you learn about asylum? At the Sunnyvale when I met him all that happened in my country that I was beaten and he said that if that is the case I can tell the govt here

College education? Yes

Finished in 2003? Yes

Supplemental Release

A#  AO: Brenda Leanhart
Name:  ZSF 181
Date:

### ENTRY INFORMATION

DOE: 3-11-07   POE: Chicago   Manner of entry: I came on basis of a factory

How many times have you entered the U.S.? one

Departure from U.S. after claimed entry? no

What passport did you use to enter the U.S.? copy in file

### VISA INFORMATION

How many times have you applied for a US VISA? one

Did you complete the U.S. VISA(s) application yourself? No

Who helped you? There was an agent

What did the agent do for you? He prepared me for the interview

Did he review the Visa application with you? Yes

Do you know what the VISA appliaiton said? yes

Was the information on the U.S. VISA application correct and true? I don't know

You just said the agent reviewed th applciaiton with you?
    Yes

Do you know the contents of that VISA applicaiotn? I remember some

Was it true and correct? Yes

Everything on it was true? I don't know he told me to read it

Did you read it? Yes

Supplemental Release

Pg. 6 of 15

A#  
Name:  
Date ·

AO: Brenda Leanhart  
ZSF 181

And was it true? He told me to read it and he said you have to say it like this

Did you personally appear for an interview in order to get a US Visa? yes

Did you speak with a US VISA official regarding your U.S. VISA application? yes

Was that at the U.S. consulate or embassy? yes

Did that official ask you questions? yes

Were your answers to this official the truth? Whatever I was told I told that

What are you trying to say? He has told me that when they ask this question tell these correct answers

You already told me that your answers to the U.S official were true and correct
    Yes

What did you say was the purpose of your visit to the US?
    I said I was going for a fair

What kind of fair?
    Regarding steel untinsils

Did you attend this fair?
    Yes

Where was the fair?
    In Chicago

Did you use fake documents in order to get your US Visa?
    no

What kinds of documents did you have to show proving that you were going to a fair?
    I was made a partner of that company
So you were really a partner of this company?
    No
You presented fake documents to the VISA official?
    I don't know whatever they told me I said this

Supplemental Release

Pg. 7 of 15

A#               AO: Brenda Leanhart
Name:             ZSF 181
Date

Before you left India for the U.S. did you already know that you were not going to leave the US – that you were not going to return to India?
  Yes
So you did not tell the truth to the VISA official?
  Whatever they told me I told that
Did you tell the truth?
  Whatever was written on the paper is what I told
Please answer the question
  I said whatever they told me to say
Did you check the box on the application that said you were returning and not intending to stay in the U.S.?
  Yes
Why have you not been telling me the truth
  I had to save my life so what I was told I told that
What did they tell you to say?
  Why are you going there
And what did you say?
  That I am going to the fair
Did the visa official ask if you were intending to return to India?
  Yes
What did you say?
  I told her I would come back
So you did not tell the truth?
  To save my life
Are you going to continue to not tell the truth today with me?
  Its all truth
You have not been candid so far, how am I to trust what you say
  Everything I have said is true
No, you were not candid about not being truthful with the visa official
  What they told me to say is what I said
Are you doing the same thing today with me – did someone tell you what to say to me today?
  No

Monitor: is there a problem with the translation?
Monitor says no, no problem

### ONE YEAR FILING DEADLINE

**One-year filing deadline met?** Met

Supplemental Release

Pg. 8 of 15

A#                                              AO: Brenda Leanhart
Name:                                           ZSF 181
Date

**ASYLUM CLAIM**

    **Harm**
    **Nexus**
    **Gov't (unable or unwilling to protect)**

Why did you leave your country?
    Danger to my life
What danger?
    From the police
Why are you afraid of the police?
    They used to beat me too much
Why did the police beat you?
    They accused me of giving shelter to the militans
What militants?
    Muslim militans
Are you muslim?
    No
Why would the police think you were muslim?
    They did not tell me htat I was muslim they said my friend was mulsim
What was your friends name?
    Z
Was that the only frined the police asked about?
    And there was one more – Z      friend and they asked me about him also
Were you ever arrested?
    Yes
How many times?
    3
When?
    Jan                                   005
Did the police say why they arrested you?
    The told me that I helped the militants and that I gave them shelter in my home
Did the police have a name for the militants?
    They had one persons name
What name?
    S
Do you know
    No
Do you who the police were referring to – had you ever heard of S'
    No
Did the police accuse of anything else?
    They said I was linked to Lashkar-e Tayyiba

Supplemental Release

A#                                             AO: Brenda Leanhart
Name:                                          ZSF 181
Date

Are you aware of this organization?
> No

Never heard of it?
> I heard from the police

Didn't you say your family was from ▮▮▮▮▮ J&K?
> Yes

And you've never heard of this organization?
> No

How did you remember the name of the organization?
> The police beat me and told me time and again and said that I was linked with this

It is hard to believe that you lived in India – so near to Punjab and Delhi and have not heard of this organization
> I worked and used to study but I have never heard of this organization

Have you heard of Akali dal Man?
> Little bit

Where you harmed by the police?
> Yes

Tell me about the worst incident
> The second time; first they beat me with sticks; next day they asked me again about giving shelter; they tied my legs and arms hit me with leather strap on back; made me sit down and put hot water on my back; when they put water they made me sit; they made me lie face-down and they rolled wooden roller on my legs and back; they did this only

How long held?
> 2 days

How get out?
> Father got me released

How did he do that?
> He told me he got help from a sarpanch and he gave money to the polcie

How did he know you were in jail?
> When I did not open my shop he found out police had arrested me

Repeat
> Somebody told him that your son had been arrested by police

Still not understanding how someone knew you arrested
> I was picked up on the way

On the way where?
> I was in G▮▮▮▮▮ my client saw me arrested

Tell me about the wooden roller
> (hold hands apart and motions back and forth) a round wodden piece and they pressed it on my legs and they pressed my nerves with the roller

They just rolled it on your legs?
> My thighs and my back also

Supplemental Release

91

A#                                     AO: Brenda Leanhart
Name:                                  ZSF 181
Date

How long did they do this?
    About one hour
One solid hour?
    In between they would talk and start again
How big was the roller?
    (holds hands apart about 3 feet)
Diameter?
    (holds about 6")
This big and this round ( I gesture with my hands)?
    Yes
I'm trying to understand how that could hurt so much?
    They put pressure and they rolled
How did they put pressure?
    They pushed on it with both hands and rolled it
They did that just one time?
    Four or five times
Hour each time?
    No; in one hour they did this four or five times
After they did this rolling what happened?
    I was crying but nobody listened to me; this happened inside the room where I was taken for interrogation
How get out of the room?
    They lifted and brought me outside
To the street?
    A corridor and I was brought there and made to sit there
Was anyone sitting with you?
    When I was brought outside my father was there
Did you walk out yourself of escorted out?
    I was lifted
Why lifted you?
    I was not able to walk
When were you able to walk?
    First my father got me release and then we went home on a rickshaw; he took me to doctor; then I was treated by him and he gave me medication; I was in hospital for two days and slowly I started walking
Do you have medical documents to show your injuries?
    Not at this time
Can you obtain them?
    Yes
How would you obtain them?
    I will tell my family members

Supplemental Release

A#                                          AO: Brenda Leanhart
Name:                                       ZSF 181
Date

Who lives at
    My uncle
When move to Delhi to live with Uncle?
    Sept. 2003    (uncle's decl says Sept. 2003)
When did you leave his home or stop living with him?
    July
Your declaration says father belonged t       what mean by that?
    He used to live there and his business was there
Is J&K an organization?
    It is a separate state
What does that mean?
    Like India has other states this is one state
What mean by separate state?
    Its on one side
I don't understand
    It is a border state

Were you a member of Lashkar-e Tayyiba (LT)?
    No
Police accused you of this?
    yes
Did you support Lashkar-e Tayyiba (LT)?
    no
Do you support Lashkar-e Tayyiba now(LT)?
    No
Do you know what they stand for or advocate?
    Police told me they kill people
Do you believe now that your friend was a member?
    I don't know
When did this friend visit you?
    He came Jan
You said the worst time you had with the police was the second time?
    Yes
What was that date?
    August           f 2003
So police arrested you in august b/c your friend visited in January?
    They accused me that I give shelter to them and his friend and they told me about
    Shakeel and they said you give them shelter
Then why did police arrest you the first time?
    The same thing
What were you doing to make them arrest you a second time?
    They said I give shelter to the militants

Supplemental Release

A#                                          AO: Brenda Leanhart
Name:                                       ZSF 181
Date:

Was it the same police that arrested you both times?
    Yes
You recognized them?
    The persons were different, but it was the same police station
What police station?

In the Punjab?
    Yes
After released the second time how long until you could walk again?
    After two days I started walking slowly then I went to Dehli
Your statement says you were in ▓▓▓▓ en you were arrested the second time
    I was arrested in ▓▓▓▓    police
But you just said you were in ▓▓▓▓ e answers without translation)
    The police brought me to the police station at ▓▓▓▓
How far apart are the two
    10 kilometers
What were you doing in ▓▓▓▓ w the attention from the police?
    I had gone to collect money from a client
Did you create a disturbance?
    No I did not do anything
Tell me what happened
    I was sitting in the shop of my client; and then they came in and arrested me
Just like that
    Yes
Why do you think that happened?
    When they took me they told me there were explosions the day before and they suspected that the people that had visited me earlier had a hand in that
Did you ever talk to your friend again?
    no

## FEAR OF FUTURE HARM
Who do you think would harm you if you returned now?
    The police
How would they do that?
    They would accuse me again of giving shelter

## Internal Relocation
Do you think it would be safe to life anywhere else in your country?
    No
Why not?
    I relocated to Delhi and they found me there also

Supplemental Release

Pg. 13 of 15

A#                                              AO: Brenda Leanhart
Name:                                           ZSF 181
Date :

But that arrest was not the same reason was it?
 What mean
In Delhi why arrested?
 b/c in Delhi they said I am a member of Lashkar-e Tayyiba and that I helped them
The police had accused you before of being a member of Lashkar-e Tayyiba?
 No
That was the first time?
 Yes
So this was a new charge – the police in Delhi?
 Yes
So it was not the same charge as before?
 No
When arrested in Delhi it was b/c you were at the wrong place at the wrong time wasn't it?
 No – I was just going to temple
The police arrested several other young men at the same time?
 Yes
Did the police mention your prior arrests?
 They asked from which place I belonged to and I said I used to live in the Punjab and they told me I should show my ID and I did not have any and they took me along with them
Why not have ID?
 I had from Punjab but none for Delhi
Is that why they arrested you?
 Yes
B/c you did not have ID?
 Yes
Why not have ID?
 when I came to Delhi I got treatment and was at home for one full year; when you apply for ID they ask about your past and that is why I did not get b/c they would have inquired with the police and I was very scared of police

Were you ever fingerprinted or photographed by police?
 Yes
When?
 When I was released the second time
Were you charged with a crime?
 No
Then why did the police take your fingerprints?
 they said they would keep an eye on me
The Indian Punjab police rarely fingerprint anyone
 They were linking me with the explosions maybe because of this

Supplemental Release

A#                                             AO: Brenda Leanhart
Name:                                          ZSF 181
Date :


This is worrisome – you sure you have not been charged with a crime?
    They never charged me
Are they still looking for you?
    Yes
Why?
    b/c if there is an explosion they will arrest people they have information about
You are a suspect?
    They just accuse me; I am not a militant; I have never done this; I started my shop and was working on my shop
But you are Hindu – not Muslim –
    We lived in ▓▓▓ I had muslim friends
What is the purpose of the receipt "▓▓▓▓s"?
    It is the shop I had
How would the police find you if you moved somewhere else in India?
    Where ever you live they first ask for ID and then they allow a person to live there
That hardly ever happens and is not enforced
    It happens;
But you lived in Delhi
    I lived with my maternal uncle in Delhi; you need to make a lease for rent and that is why they want ID
The police want ID to lease or rent to you?
    No the person renting the place asks and he gets it checked by police
But not everyone does this?
    They do
What kind of work have you done?
    ▓▓▓ business
You were the boss – you ran the business?
    Yes
Including the purchasing and paperwork?
    Yes
What about the ▓▓▓ / what do there?
    Sales and production
Assembly line – producing the product?
    I supervised


## Mandatory Bars

These are questions that I ask everyone.

Have you ever harmed anyone for any reason?   no

A#  AO: Brenda Leanhart
Name:  ZSF 181
Date :

Have you ever helped to harm anyone for any reason? no

Have you ever been arrested in the U.S.? no

Were you ever arrested prior to coming to the U.S.? 3 times by police

Did you ever committee any crimes prior to coming to the U.S.? no

Have you ever been a member of or in any way associated with a terrorist organization? no

Do you or any member of your family pose a security risk to the U.S.? no

Have you ever served in the military or police? no

Have you ever carried or owned a firearm or weapon? no

Have you ever been offered citizenship, asylum or refugee status in any other country? no

Have you ever received documents such as a work permit, a passport or any other documents from any other country?

### Closing Statements:

Would you like to add anything or Is there anything else that you'd like to tell me which we have not talked about? no

Other than what you have told me already, is there any other reason you do not want to return to your country? no

Any questions? no

### Sign I-589

### Explain pick-up Process

No decision today – you come back to pick up decision (bring interpreter, photo ID)
1) approval
2) referral to immigration Court – present case again in front of IJ, have right to have atty present

Supplemental Release

97