# EXHIBIT C

App███                                      *AO Amity Stauffer, ZSF 186*

A#: ███                                     Date: ███

Country: Mongolia                           Time: 9:31 AM

*NOTE: This is not a verbatim summary of this proceeding.*

**Interpreter?** Narantuya Caicedo

**Attorney?** No.

I'm going to start by explaining some things about the interview here today, then I'll ask you some background information, and then we'll start talking about why you are applying for asylum.

**Purpose**
  I've read your application for asylum. This interview is a chance for you to tell me in your own words why you are seeking asylum in the United States.

**Confidentiality**
- Confidential within US government
- No one in your country will know what you tell me today and the Service will not tell them that you have applied for asylum.

**Process**
- Only certain kinds of cases qualify for asylum
- Notes: I will be taking notes to help me remember what you say here today.
- If you don't understand a question, ask me and I'll try to ask my question in a different way.
- You won't get your decision today. You will come back in two week to pick up your decision.

**Role of Interpreter—do you and your interpreter understand each other?**
- Only here to translate, not legal representative or a witness
- Will interpret everything we say word-for-word
- Will not explain things to you, that's my job.
- I you have questions, just ask, and the interpreter will interpret your question directly to me and I will answer you.
- I'm required to call a monitor to make sure your interpreter is interpreting exactly what you say.

**Please stand and raise your right hand...**

**Applicant's Oath** → Do you promise to tell the truth, the whole truth, and nothing but the truth?

**Interpreters Oath** → Do you promise to interpret all questions and answers truthfully and accurately?

 

**Monitor's Oath** → Do you affirm that you will truthfully, literally and fully report to me any mistranslation observed during the course of this interview; that you will immediately notify me if you become aware of your inability to observe in a neutral manner on account of a bias for or against the applicant or the applicant's race, religion, nationality, membership in a particular social group, or political opinion; and that you understand that all matters discussed in this interview are confidential and that you will not share what you hear to today with any person?

## Supporting Docs
Identity docs? Mongolian passport, original birth certificates, marriage certificates with translation, Monoglian ID.
Are these documents genuine? Yes.
Name/D.O.B. match app.? Yes.

## Verify I-589

Who helped prepare your application? Mongolian woman named

Professional preparer? Doesn't know, she is fluent with English.

Pay her money? No.

After translation into English, was application read back to you for review? Yes.

Do you understand the contents of your application? Yes.

Is it correct as far as you know? I think so.

Is it complete? I think so.

Do you have any changes to make to your application? Yes. [made change on 589]

Do you have any documents to submit along with your application? Passport copy, the marriage certificate copy. So far no more.

*[Verify info on I-589 with applicant.]*

Aliases?
No.

## Background Info
How many times have you entered the U.S.? In whole life? First time.

When was that? 3/17/06

Where? Los Angeles

Inspected? I don't know someone stopped me and put stamp in passport..

What documents did you obtain to get entry in the U.S.? Passport.

B2 visa? Yes.

Any trouble getting your passport or visa? Visa was no trouble.

Have any trouble getting your passport? No.

Are you a citizen of any other country other than Mongolia? No.

Have you ever lived in any other countries? No.

Is this your first asylum application in the U.S.? Yes.

Have you ever been to Immigration court in the U.S.? No.

Do you have any family members in the U.S.? No.

Are you in communication with anyone back in Mongolia now? With kids.

How often do you talk to them? Two weeks to a month.

Highest level of education? Four years university and one and a half years in master's degree.

What was the focus of your study? Graduated teacher's university in Monoglian language and lecture teacher.

How old were your students? 6th grade.

Working? In School? No.

**One-year Rule** (OK)

**Past Persecution**

Tell me why you are applying for asylum? I'm teacher, member in Democrat party and I'm membership of Clean Society Civil Movement organization and become member in December 2004. This movement was not clean movement was against corruption. I led teacher's demonstration.

When first become member of Democratic party? 1990 June.

Were you politically active before that? Before I was not politically active before. It started in 1990 so I became member.

It started in 1990? Yes started in 1990, movement she start membership in 2004 December.




She was representative of teachers and then she gave a speech to the teachers and called them to the movement.

When did you do that? Four times, twice in April 2005, December two times.

December 2005? Yes. January 2006. She received police summons to got to police station.

What police station?

In Ulan Bataar? Yes. On that paper they show the date January 13, 2006. to appear in room 206 at 2:00 PM.

Who delivered the summons? Unknown person around 4:30 at her house.

Around 4:30 on what day? January 12th, Thursday.

What happened when you went to police station? Went to police station and looked for room, was on 2nd floor, on door said Senior Lieutenant.

Did you speak to the senior lieutenant? I went and ask them why I was called. I went to the room right away to pick up summons and he threw the summons and he said you are the head of street demonstration. She never expected to be arrested right away.

What did he say to you? Why are you head of teacher's demonstration, last one there was too many teachers. After that wanted to put on handcuff and...

You were handcuffed? Yes he tried to put it on but she was fighting him and he slap her cheek. He was wild said don't yell.

Were you handcuffed eventually? He put on handcuffed.

Were you interrogated? No.

Did he ask questions at any point while you were held there? They arrest me just because I was head of teachers and said you are woman who called teachers to the demonstration.

Did he ask questions at any point while you were held there? No questions asked.

Where you kept there for any length of time? In the room.

How long were you detained? He beat me there.

How long were you detained? Longer, on Friday after noon and Saturday all day.

Were you physically harmed at all? Yes.

What happened? He had gloves and he had a club and he club her shoulder and hand. When he hit my head, felt dizzy.

Did he say anything while he was doing this? Yes. You cannot appear to the demonstration. They don't need you at the demonstration. He pull me from the chair and he hit to my back. He kick to my ribs and I can't say anything and I can't talk.

How long did this go on? Took long time and I lost my brain and I don't know anything and then I feel he is smoking and saying bad words.

Were you always held in this same room? Kept me there long time and then he took her to downstairs.

Where were you taken? To underground and put her in small door with iron door. Place were they keep people. Was cold floor was cement and uneven cement.

How long kept in this room? All day. One night and one whole day.

Other prisoners there? No. No room for another person. Can't lay down.

Was lieutenant in uniform? He was in civilian clothing.

What was his name? On door he had label         at's why I thought his name wa         I hurt a lot and I had a big headache and my hand hurt a lot and I could not breathe. When I breathed my ribs hurt.

How were you released? That night he took me out and he said I will take you to your home. He brought me to the car and when I went to car and inside car was another person and they took me in another direction.

Where taken? Taken to cemetery. Said this is your home. Took me out of the car and said you stay here. They had one bottle of vodka. They put vodka to my mouth officer went to car and other person stayed outside the car. That person looked scary.

Who was this person? I don't know him, unknown person.

How long in the cemetery? He tried to rape me and I didn't tell about that to my husband and that's why I told him to stay outside. I was physically hurt a lot and was raped. Police officer came out of car and gave me two conditions—don't tell anybody and he said you have to get lost. If you agree I will leave you alive. Don't ell your husband and children. We don't want to see you at demonstration or anywhere. Get lost.

How did you get home from there? I try to get to road and I fell down and I went to road.

Did they leave? Yes.

When was it they took you out of the room to the cemetery? I was there Friday and Saturday night and Saturday night they took me to cemetery. Took taxi home around 10:00.

Did you have any other problems with the police? No.

Did you seek medical treatment after you were released? Same night I called ambulance and I tried to take a shower and change clothes.

Did the ambulance take you? Yes.

Were taken by ambulance? Took to trauma hospital.

How long kept there? I stay more than ten days. Took xray from arm and ribs and head and had head swelling.

Do you have any medical documents to show you where there at the hospital? I didn't bring them here but I have it.

Did you report what happen to you to anyone? No.

Why not? If you say something about it they would kill me. That's what they told me. If you shut up you will stay alive.

When become member of Democratic Party? June 1990.

Were you an official member? Yes.

Was there a membership card? Yes, I have some documents.

Do you have translations? No. [need certified translations]

How long member of Democratic Party? I'm still a member. Later on Democratic Party and Social Democratic get together.

When did Democratic Party merge with another party? 2000.

What other party did it have a relationship with? Social Democrats and Democrats Party are now like one party and other party was Civil Zorig party.

What did you do as a member of Democratic Party? Volunteer, when I had free time.

How much time spend volunteering for party? Tuesday and Friday afternoon I went to district Democratic party place and two half days a week. No regular schedule. When election time they need us a lot. Most of time I worked on paperwork, checking spelling.

What kind of paperwork? Paper had words, speech and some numbers.

What were these papers? In party place.

What were the papers that you were checking the spelling of? Many different kind of papers, posters and that kind of paper.

Can you give me more specific in formation about what these papers were? Paper given to people and they had what is the subject of the Democratic Party and I make copies of that paper.

 

Did you do anything else for the party? No.

Did you do anything else for the party? I didn't have any official position; I was one of first members.

Did you have any other duties when you volunteered for the party? I was active member of district party.

What did you do as an active member? Just most important thing was advertise about my party. They made two worker's strikes and

Where were these? 1994 and 1996. Stop working, I attending.

Who stopped working? Teachers.

How long stop working? On whole day stop working but sit down two days.

Both times one day? Yes. Both times.

Can you give me any more information about what you did as a member of the party? No.

Did you attend any meetings as a party member? Yes.

When attend meetings? I have to see my note. I was representative on this meeting....[pointed at card that she had brought]

Don't you remember this from being there? Why do you have to look at your note? I have trouble with my head that's why I have to look at some thing.

Can you get me documentation about problems you have with your memory? Yes, I can show but not right now. With me a I don't have it.

How many meetings did you attend a s a party member? Four times. Four big conferences.

Where were conferences held? In Ulan battaar city.

What was the third party the Democratic party joined with? Social democrat party and democrat party.

What was the third party? Third party was Civil Zurich party. Came together but again divided.

What was the name of the group when the three parties came together? Democratic party.

When did they come together? 2000.

The information I have is that they joined with the Mongolian Civil Will and Republican Party to from the Motherland-Democracy Coalition (MDC) in 2004? I don't remember.

 

You were involved for a long time? I'm thinking myself I am a Social Democratic party members.

You said the party came together with another party in 2000, was that not true? When I get that Id at that time the party was together.

Did they join with another party in 2004? Mongolia had election that's when they come together. Members still separate.

Earlier you said you didn't' remember about this? Remember now? Yes.

What did you do as a part of the Clean Society civil movement? I was head of teachers and I call teachers to go to demonstrations.

Did you participate in any demonstrations? Yes. 2005 in April two times. No now I am confused. 2005 in December two times and 2005 in April two times.

Where were demonstrations held? Sukhbaatat square. And Yalalt Square.

What demonstration was held in Sukhbaatat square? April 2005.

What date in April? 17th.

When was the 2nd demonstration? In Paril 2 times, 27th I next one.

Did the civil movement have any other protests in April? Yes.

Did this movement have any other demonstrations in April? In 2005.

Were you aware of any other demonstration you were involved in in April? No.

What was the issue you were protesting in April 2005? Against corruption, the need to clean society. Need to find truth.

Find truth about what? Who is in people in high position. They bought everything, tv...

Who was the focus of this corruption concern? Many of them, Dep't of customs, general chairman Bataar, general police station Chairman Nanjit. Traffic police dept. Amgalanbaatar.

My information is that the big demonstrations were on April 7th and March 25th? They had around 10 demonstrations.

But these were by your group? Yes, I participated.

You participated April 7th and March 25th? No.

Why just tell me yes? I didn't participate then. I participate on 16th or 17th, [got out paper]

I would prefer you testify from memory. Can I see paper you were looking at? [fumbled with papers]

My concern is that you say you were an active member, but you don't have much information about them. Any reason for that? No reason. I tell you what I remember.

Nexus—on account of race, religion, nationality, political opinion, particular social group ?
Why were you targeted? I'm thinking the reason is they don't me to go in demonstration again. Because I lead the teacher's to the demonstration. Teachers very active.

Are you willing to return to your country? No.

Why not? Before I live there under their monitor, I don't want to go back.

## Future Persecution - Fear if Return

What do you fear would happen if you were to return? I don't have life over there. Don't want to see me again.

## Bars
("Now I'm going to ask you some questions that I ask every applicant...")

Have you ever harmed anyone or used violence against anyone? No.

Have you ever been arrested for a crime? No.

Have you ever committed a crime that you have not been arrested for? No.

Have you ever served in the military or the police? No.

Have you ever been a member of a terrorist or militant group—a group that uses arms or violence to achieve its goals? No.

Have you ever helped a terrorist or militant group? No.

---

OK, I'm done asking you questions now.

Anything further you'd like to say? No.

---

Pick up decision in two weeks...please bring your pickup notice with you so you can get in the building.
Can bring your interpreter

Two options:
Grant
Immigration Judge

Spouse

DOE? 7/31/05
Where? San Francisco.
B2 visa? Yes.
Inspected? Check passport.
EOIR? No.
Aliases? No.
Why come to US? First time to attend award poet's 25th conference.
When was that? August 6-August 10, 2005.

Was that the only time you've come to US? Yes.

### Bars
("Now I'm going to ask you some questions that I ask every applicant...")

Have you ever harmed anyone or used violence against anyone? No.

Have you ever been arrested for a crime? No.

Have you ever committed a crime that you have not been arrested for? No.

Have you ever served in the military or the police? No.

Have you ever been a member of a terrorist or militant group—a group that uses arms or violence to achieve its goals? No.

Have you ever helped a terrorist or militant group? No.