# EXHIBIT D

A#
Nar
Date  12/02/08

AO: Brenda Leanhart
ZSF 181

Interview Start:
Interview Finish:

## RE-INTERVIEW

*NOTE: This is not a verbatim summary of this proceeding.*

**Confidentiality**
  Confidential within US govt
  Application not reported to home country

**No decision today** – you come back to pick up decision

Do you have any documents that you would like to submit today?  submitted

## ADMINISTRATIVE TASKS AND INFORMATION

**Present at interview: Applicant / Interpreter (Gopal Shah )**

**G-28 in file?**  no

**Attorney present?**  no

**Monitor oath form complete?**   yes

**Interpreter oath form complete?**   yes

**Interpreter ID copied for file?**   yes

**Applicant oath form complete?**   yes

**Does applicant understand information on the oath form?**   yes

**Does applicant have any questions about oath form?**   no

**Oath administered?**  yes

**Applicant's Oath →**     Do you solemnly swear that the testimony you give will be

Pg. 2 of 13

A# :
Nan
Date  12/02/08

AO: Brenda Leanhart
ZSF 181

the truth, the whole truth, and nothing but the truth?

**Interpreters Oath →**   Do you solemnly swear to interpret all questions and answers truthfully and accurately?

**Monitor's Oath →**   See monitor sheet

## I-589 INFORMATION

**I-589 and declaration were completed by whom?**   I did by myself

You speak English?   A little

Who helped prepare these documents?

**After you signed, was I-589 and declaration reviewed with you in language that you understand?**   My friends?

**Repeat**
    yes

**After you signed your application were you given a copy of it?**   yes
**Were you given a copy of your declaration?**   yes
**Are you aware of contents of I-589 and declaration?**   yes
**Would you like to make any changes in I-589 at this time?**   Yes   (takes a long time trying to pull out paperwork; gives changes on declaration and then tries to find the changes for his I-589) (adds that he lived in Kathmandu from 3/07 to 5/07) — added to I-589

**You lived in Kathmandu from 3/07 to 5/07?**   yes

**Did someone tell you to make these changes?**
    Yes, when I went through this I saw mistakes

**Who helped you go through the documents?**   ▓▓▓▓   (continues to ruffle through papers he brought ) I think I left home

**Left home?**   The changes on appl

**Do you remember the changes?**   I have a general idea

A# ▓▓▓▓▓▓▓▓  AO: Brenda Leanhart
Nar ▓▓▓▓▓▓▓▓  ZSF 181
Date 12/02/08

Go ahead
    I want to change address where I stayed can I write it down

Are the contents now true and correct? yes

Have you applied for asylum or refugee status any other time in U.S., or in any other country? no

Have you ever used any other names? no

Have you ever used any other date of birth? No

Ever live in Pokhara, Nepal where family living now? No

Why not? Due to Maoists threats there is no situation they could stay in my place so they are now staying in Pokhara

When did family move to Pokhara? March 2007 after that they moved there

Before moving to Kathmandu, where live? Kaski

With your family? Yes

When move to Kathmandu? In May 2004

How long stay there? I stayed until 2006

Then where go? After peace agreement went back to my place

When was that? March 2006

X̂ So you lived in Kathmandu from May 2004 to March 2006? yes

Where live after March 2006?
    After peace agreement I went back to my place again
IN Kaski?
    Yes
Where is Pokhara?
    Is in Kashi
Did you ever live there in Pokhara?
    Yes
When?
    May 11, 2004 to November 2004

A# ▓▓▓▓▓▓▓▓▓▓           AO: Brenda Leanhart
Nar ▓▓▓▓▓▓▓▓▓▓           ZSF 181
Date  12/02/08

You said you were living in Kathmandu during that time
    After that I went to Kathmandu
-Why say you were living in Kathmandu during this time?
    Due to Maoists there was no situation I could stay in my place

Who live with now?

Who else live with? I live with him

Anyone else live there?  No, no one

Education?
    High school I passed class ten

Any further education?
    I also joined college but I could not continue it
Why not?
    Due to family problems
What family problems?
    For college I had to stay at market and for economic reasons after this I quit college
What economic reasons?
    Actually we did not have income in family and only source was fathers pension
Pension from where?
    My father was in the Inidan army and he retired he got pension
Your statement says you are from a well-off family -- can you explain discrepancy
    Well-do means we had lots of farming land but not enough money
Couldn't your family work or farm the land?
    I can do a little bit
How much land does your family have?
    It is in the hilly area; on average it is 10-15 Ropani
What part of Nepal is the family land located?
    It is the Ghandruk
Is that in Terai region?
    No it is in the hilly area in Ghandruk
Ghandruk is the province?
    A place
Be more specific
    It is a place a village development committee
Were you trying to development the hills
    Yes
What trying to build?
    Trying to educate people in village we were also providing sports opportunity for youths
Your family did this?

A#
Nar
Date  12/02/08

AO: Brenda Leanhart
ZSF 181

Normally we did farming on this lands
Your family provided money for sports opportunity?
    no

Ever made any false statements to someone who works for the U.S. Govt including visa officials?  no

Ever used or presented any false or fraudulent documents to someone who works for the U.S. Govt including visa officials?  no

## ENTRY INFORMATION

DOE:  10/20/07
POE:  ny
Manner of entry:  h2b

How many times have you entered the U.S.?  one

Departure from U.S. after claimed entry?  no

What passport did you use to enter the U.S.?  copy in file

## ONE YEAR FILING DEADLINE

File within one year of entering US?
    Yes
Have proof? (shows the original of the copy of label he submitted)

Why is this all stapled together (the label is stapled to a photo-copied?
    When it was returned to me it came like this

Do you have the original envelope this was sent in?
    (shows to me – the label is dated 30th)

When did you receive this letter?
    On Nov 3rd

Why did you wait so long to apply for asylum?
    Before I had no idea about asylum

## VISA INFORMATION

A# 
Nar... 
Date  12/02/08

AO: Brenda Leanhart
ZSF 181

**How many times have you applied for a US VISA?  one**

**Did you complete the U.S. VISA(s) applications yourself?  No**

**Who completed it?  A friend in Kathmandu**

**Did your friend review the application with you before it was given to the US consulate? yes**

**Was the information on the U.S. VISA application(s) correct and true?  yes**

**Did you have to use any fake documents or make any false statements in order to get your US Visa?  no**

**Did you have to pay anyone to get your US visa?  no**

**Why come to the US?**
    **To work**
**Did you actually work ?**
    **Yes**
**Work for who?**
    **Cinram**
**How long work there?**
    **For a month**
**When was that?**
    **Oct to Nov 2007**
**Why leave?**
    **I had to work 12 hours and position not so good; I have a mental tension**

## ASYLUM CLAIM

What mental tension?
    Moaists tried to kill me and I had to leave Nepal
When?
    May 2007 they kidnapped me and tried to kill me
How know it was Moaists?
    They told me they were Maoists after that you can easily recognize they are Maoists
What mean
    they introduce themselves....
Redirect... what happened that time
    May 18, 2007 at night I had just finished party meeting and I was sitting at home; I had just arrived home and family watching TV; someone knocked on door and when I opened door I was group of 7-8 people everybody face was covered

A# 8
Nan
Date  12/02/08

AO: Brenda Leanhart
ZSF 181

What did you think then
 After that I tried to close the door
Redirect and repeat

Are you understanding so far?
 Yes
Any problems with interpretation?
 No
(I try 3rd time to get a monitor – none available)
What did you think when you saw them standing outside your door?
 I thought they came to attack me
Think anything else?
 I thought that they would attack me or do something
Did they say anything to you?
 They told me that they came to take me with them
So you still don't know they were Maoists?
 Until then no, but latter they told me
How did they tell you they were Maoists?
 They pushed my door and told me they are Maoists and that we have come to take you
Where your family members?
 They were in the home
What did family members do?
 They couldn't do anything they threatened my family members not to do anything
Did anything happen to your family members?
 The Maoists threatened my family members and took me with them
Did they the Maoists do anything to any of your family members?
 No they did nothing to my family
-Your declaration says the Maoists took your parents under their control…explain
 When they entered into the house they tried to take me and at this time they took my parents under their control
What does that mean?
 When they were trying to take me they told my family members that nobody will do anything we will take him with us
What does "took my parents under their control" mean?
 When they entered my house mostly 2-3 people had weapons with them at that time my parents were watching TV they threatened parents that we are taking son and nobody is going to do anything
What does "took my parents under their control" mean?
 I mean they threatened my family and took them under their control
Did they Maoists say why they took you?
 they did not say anything at this time
Did they ever tell you why they took you?
 No they never told me
Did they say anything to you?

A# ▮▮▮▮▮▮                             AO: Brenda Leanhart
Nar ▮▮▮▮                              ZSF 181
Date 12/02/08
    Later they told me
What?
    They told me that you did not follow our orders that is why you will pay with your life
Did you say anything to the Moaists?
    I didn't say anything
Did the Moaists say what they meant when they said you did not follow our orders
    In different time they threatened me and asked me to help their party
When?
    I received a letter on April 15, 2007
-Where were you when received the letter?
    At my house
Where?
    In Ghandruk
You were at home when received it?
    Yes, I was at home at that time
How was the letter delivered?
    Two Moaists workers came to the house and they told me that their commander sent the letter for me; they handed it to me
Did they say anything else to you?
    No they left
Can I see this letter?
    I destroyed it at that time
But you have a copy here in file
    That was a previous letter I destroyed – I think it is in there (points to file)
Do you have the original letter?
    I do have ( pulls out of his file) I think I left it at home
You do have the original and can bring it if we need to see it?
    yes
You first said you destroyed the letter –
    I destroyed previous letters
How many previous letters receive?
    Total 2 letters
When receive the previous letter?
    Around 3rd week of Sept 2001
-You testified earlier that you were in Kathmandu from March of 2007 to May of 2007, but now just testified that you were at home in Ghandruk in April 2007 to personally receive the letter… explain
    After November I went to Kathmandu after that in March 2007 I went back to Ghandruk
This conflicts to the changes you had me make to appl and to what you testified to earlier can you explain
    I don't understand
You testified earlier that you were in Kathmandu from March of 2007 to May of 2007, but now just testified that you were at home in Ghandruk in April 2007 to personally receive the letter… explain

A# [redacted]    AO: Brenda Leanhart
Nan [redacted]   ZSF 181
Date 12/02/08

    When I received the letter I recievedit myself in Ghandruk

But you had me make changes to your appl saying you were in Kathmandu during April 2007 and I verfied the changes

    (monitor says he is talking to himself) In March I returned from Kathmandu and on May 18, 2007 I ran away from Ghandruk

When live in Kathmandu?

    From Nov 2004 to Nov 2006; actually it was March 2007

I asked earlier if you lived in Ghandruk your whole life except for the period you provided March 2007 to May 2007 and you indicated that was correct

    I returned to Ghandruk after May 18, 2007 and I ran away from Ghandruk;

You ran away?

    on March 7 I returned to Ghandruk on May 18, 2007 Maoists tried to kill me then I ran away from Ghandruk

Why dates keep changing?

    Maybe nervous

Member of any organizations?

    Secretary of local youth club in my place

That is it?

    In my village I am associated with a local club and before that I worked for Annapurna Conservation Project

Involved with any political groups?

    Associated with Nepali Congress

Did the Maoissts know this?

    Yes

How do you know this?

    I was actively involved in 1999 elections of Parliament

What did you do?

    I worked in election campaing for Nepali Congress and to expand membership of NP

What kind of membership with NP

    An active member

How become an active member?

    I always believe in NP I joined NP

Repeat

    Our leader Mr. Prakash Bahdhur Gurung he recommened me to the party and I become an active member of NP

When?

    Arpril 19, 1998

When did you first join NP?

    that was the same date

Usually, you have to be a general member before you become an active member of NP...why didn't you have to do that?

    I was already associated with NP and later when they recommended me I became an active member

You said you became a member in April 1998

A# ▓  
Nan▓  
Date 12/02/08

AO: Brenda Leanhart  
ZSF 181

Yes, I become the first general member in 1998 and after that became and active member
-You said you became and active member April 19, 1998 and now you are saying that you did not become an active member on that date but a general member first on April 1998?

Under recommendation of party leaders you become an active member

When did that happen for you?

On same date April 19, 1998 I became an active member on recommendation of Mr. Prakash Gurung

Why

b/c I was very active in Ghandruk area and working in social sector of the area and active in local youth club that is why he told me could become an active member

Where get this newspaper?

When I received it before it was at my home; recently my family members sent it to me over here

Why did they sent it recently?

I asked them to send all my documents over here

How did your family members obtain this copy of newspaper?

I put it at my home safely before

When did you obtain this newspaper?

I don't' understand – they sent it

How did your family have this newspaper at home?

I received it before and kept it at my house

How did you receive it at your house?

When I ran away from my place and when reached Pokara I came to know that one friend told me that a news was published about you and after this I got one copy

When did you obtain this document?

20..........May 20, 2007

Where pick up this copy on May 20, 2007?

I got it from the newspaper shop

Where?

Bagar Pokhara

Why there?

When I left Ghandruk I was in Pokhara that time

When leave Ghandruk?

May 18, 2007

Why leave Ghandruk?

In that night Maoists tried to kill me

Did Maoists say they knew you were a member of Nepali Congress?

They knew

Repeat

I don't understand

Did Maoists say they knew you were a member of Nepali Congress?

When I returned to Ghandruk On march 7, 2007 I was working in elections for NP and we were preparing for election of constitutional assembly and I was working for NP b/c I was active member of NP

A#
Nar...
Date  12/02/08

AO: Brenda Leanhart
ZSF 181

Familiar with 1999 elections?
    Yes
What district you in?
    Constitucency number 3 of Kaski dist
Who ran for your district?
    Prakash Bahadur Gurung
Other candidate from another party?
    From UML communist party Mr. Somhah Adhikari Pyasi
Who won?
    Prakash Bahadur Gurung
Did Nepali congress win a majority in 1999?
    Yes
How many members of parliament?
    At that time 205
Is there only one section of parliament?
    I don't get this
What is parliament called?
    That is the parliament house
Is there only the house?
    We call parliament of Nepal
There are representatives – is there another part of parliament?
    Yes
What is that other part called/
    (mumbling) ........ upper house and national assembly
Who was president of NP in 1999?
    Girija Prasad Koirala
When you worked on campaing in 2007. who was the NP candidate?
    Mr. Parkash Bahadur Gurung
That was for constinuency 3 of Kaski?
    It changed to number 4 for the constitutional assembly election
It changed for the 2007 elections?
    Yes
Not parliament anymore?
    No for constitutional assembly
Do you know who won?
    At that time I was here but came to know that Communist Maoists won in this area
Do you know who won?
    Durga B.K

## FEAR OF FUTURE HARM
Who do you think would harm you if you returned now?
    The Maoists will kill me

A# [redacted]                                      AO: Brenda Leanhart
Nar[redacted]                                      ZSF 181
Date 12/02/08

### Internal Relocation

Do you think it would be safe to life anywhere else in your country?
    No I cannot; I cannot be safe anyplace

### Mandatory Bars

These are questions that I ask everyone.

Have you ever harmed anyone for any reason?  no

Have you ever helped to harm anyone for any reason?  no

Have you ever been arrested in the U.S.?  no

Were you ever arrested prior to coming to the U.S.?  no

Did you ever committee any crimes prior to coming to the U.S.?  no

Have you ever been a member of or in any way associated with a terrorist organization?
No

Ever give money or goods to the Maoists?  no

Do you or any member of your family pose a security risk to the U.S.?  no

Have you ever served in the military or police?  no

Have you ever carried or owned a firearm or weapon?  no

Have you ever been offered citizenship, asylum or refugee status in any other country?  no

Have you ever received documents such as a work permit, a passport or any other documents from any other country?  no

### Closing Statements:

Other than what you have told me already, is there any other reason you do not want to return to your country?
    no
Any questions?

A#
Na
Date  12/02/08

AO: Brenda Leanhart
ZSF 181

**Sign I-589**

**Explain pick-up Process**

No decision today – you come back to pick up decision (bring interpreter, photo ID)
1) approval
2) referral to immigration Court – present case again in front of IJ, have right to have atty present