# EXHIBIT O

U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010



U.S. Citizenship
and Immigration
Services

November 27, 2012

NRC2012099752

Jeffrey Martins
Attorney at Law
369 Pine Street, Suite 725
San Francisco, CA 94104

Dear Jeffrey Martins:

This is in response to your Freedom of Information Act (FOIA) request received in this office November 01, 2012 regarding

We have completed the review of all documents and have identified 195 pages that are responsive to your request. Enclosed are 152 pages released in their entirety, and 9 pages released in part. We are withholding 24 pages in full. In our review of these pages, we have determined that they contain no reasonably segregable portion(s) of non-exempt information. Additionally, we have referred 9 pages in their entirety to the Department of State and US Visit for their direct response to you. We have reviewed and have determined to release all information except those portions that are exempt 5 U.S.C. 552 (b)(5), (b)(6), (b)(7)(C) and (b)(7)(E) of the Freedom of Information Act.

During our review, USCIS located a potentially responsive document(s) that may have originated from U.S. Immigration and Customs Enforcement (ICE). USCIS has sent the document(s) and a copy of your FOIA request to the ICE FOIA Office for consideration and direct response to you. Should you wish to contact ICE concerning the status of the processing of the document(s), please contact the ICE FOIA Office via phone at (866) 633-1182 or via e-mail at ICE-FOIA@dhs.gov. The ICE FOIA Office mailing address is 500 12th Street, S.W., MS 5009, Washington, D.C. 20536-5009.

Exemption (b)(5) provides protection for inter-agency or intra-agency memorandums or letters, which would not be available by law to a party other than an agency in litigation with the agency. The types of documents and/or information that we have withheld under this exemption may consist of documents containing pre-decisional information, documents or other memoranda prepared in contemplation of litigation, or confidential communications between attorney and client.

Exemption (b)(6) permits the government to withhold all information about individuals in personnel, medical and similar files where the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy. The types of documents and/or information that we have withheld may consist of birth certificates, naturalization certificates, drivers' licenses, social security numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal.

www.uscis.gov

NRC2012099752
Page 2

Exemption (b)(7)(C) provides protection for personal information in law enforcement records, which could reasonably be expected to constitute an unwarranted invasion of personal privacy. We have withheld information relating to third-party individuals. The types of documents and/or information that we have withheld could consist of names, addresses, identification numbers, telephone numbers, fax numbers, or various other documents that are considered personal.

Exemption (b)(7)(E) of the FOIA provides protection for records or information for law enforcement purposes which would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law. The types of documents and/or information we have withheld could consist of law enforcement systems checks, manuals, checkpoint locations, surveillance techniques, and various other documents.

As a result of discussion between agency personnel and a member of our staff, as a matter of administrative discretion, we are releasing computer codes found on system screen prints previously withheld under exemption b(2). There may be additional documents that contain discretionary releases of exempt information. If made, these releases are specifically identified in the responsive record. These discretionary releases do not waive our ability to invoke applicable FOIA exemptions for similar or related information in the future.

The enclosed record consists of the best reproducible copies available. Certain pages contain marks that appear to be blacked-out information. The black marks were made prior to our receipt of the file and are not information we have withheld under the provisions of the FOIA or PA.

If you wish to appeal this determination, you may write to the USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139, within 60 days of the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

The National Records Center does not process petitions, applications or any other type of benefit under the Immigration and Nationality Act. If you have questions or wish to submit documentation relating to a matter pending with the bureau, you must address these issues with your nearest District Office.

All FOIA/PA related requests, including address changes, must be submitted in writing and be signed by the requester. Please include the control number listed above on all correspondence with this office. Requests may be mailed to the FOIA/PA Officer at the PO Box listed at the top of the letterhead, or sent by fax to (816) 350-5785. You may also submit FOIA/PA related requests to our e-mail address at uscis.foia@uscis.dhs.gov.

Sincerely,

Jill A. Eggleston
Director, FOIA Operations

# LAW OFFICE OF
# JEFFREY MARTINS
US Immigration Attorney-At-Law

369 Pine St., Suite 725, San Francisco, CA 94104, 415-954-9433
www.martinslawoffice.com, Martinslaw@sbcglobal.net

December 17, 2012

USCIS FOIA/PA Appeals Office
150 Space Center Loop, Suite 500
Lee's Summit, MO 64064-2139

To Whom It May Concern:

Dear Sir or Madam:

Please consider this letter as an appeal of the determination to withhold information from the Freedom of Information Act request filed with the National Record Center regarding ▓▓▓▓▓▓▓▓▓▓ NRC2012099752.

In the December 13 2012, response to the Freedom of Information Act request, information regarding ▓▓▓▓▓▓ was improperly withheld.

Most significantly, ▓▓▓▓▓▓ was interviewed at the San Francisco Asylum Office on or about August 2, 2012. During this interview a written or typed record of the questions and answers was created. These notes represent the only record of the sworn testimony of ▓▓▓▓▓▓ and do _not_ fall under any exception listed in the Freedom of Information Act, U.S.C. 552 and related provisions.

According to the response, it appears that this information is being withheld under Freedom of Information Act, U.S.C. 552(b)(5). The sworn testimony of ▓▓▓▓▓▓ does not constitute interagency memorandum or letters or other internal agency information nor does it constitute predecisional information, documents made in contemplation of litigation, or confidential communication between attorney and client.

Sworn statements taken by immigration officials in **all** contexts are available through Freedom of Information Act requests and the officer's written records of ▓▓▓▓▓▓ interview is no different and should have been provided.

Please reconsider the decision to withhold this information and provide it to ▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ attorney, Jeffrey Martins, at the above listed address. Providing this information is a timely manner will help avoid any additional legal action.

If you have any questions, please feel free to contact me using any of the information listed at the top of this letter.

Sincerely,


Jeffrey Martins, Esq.



U.S. Department of Homeland Security
HQ FOIA/PA Appeals
150 Space Center Loop, Suite 500
Lee's Summit, MO 64064-2139

**U.S. Citizenship and Immigration Services**

December 26, 2012

APP2012001489

Jeffrey Martins
Attorney at Law
369 Pine Street, Suite 725
San Francisco, CA 94104

Dear Mr. Martins:

Re: NRC2012099752

This is to advise you that we received your administrative appeal regarding the action by the National Records Center relating to ▮▮▮▮▮▮▮▮▮▮ on November 01, 2012.

We have the responsibility of adjudicating appeals and will make every effort to respond to your request as quickly as possible. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. *We have assigned control number APP2012001489 to your appeal. Please mention this number in any future correspondence to this office regarding this matter.*

USCIS no longer collects Social Security Numbers in connection with FOIA or PA requests. When forwarding to us any documents related to your request, please ensure any Social Security Numbers on the documents are blanked out or removed.

We will notify you of the decision on your appeal as quickly as possible. However, we must first contact the National Records Center and obtain the background material on your request. If you have further questions, please direct your inquiry to this office.

Sincerely,

*Alan D. Hughes*

Alan D. Hughes, Associate Counsel
Commercial and Administrative Law Division
Department of Homeland Security
Citizenship and Immigration Services

www.uscis.gov