1

2

3

4

5

6

7

8                    UNITED STATES  DISTRICT COURT

9                    Northern District of California

10                      San Francisco Division

11   JEFFERY MARTINS,                          No. C 13-00591 LB

12            Plaintiff,                        **ORDER REGARDING**
                                               **DEFENDANTS' MOTIONS FOR**
13        v.                                   **PARTIAL JUDGMENT ON THE**
                                               **PLEADINGS, DISMISSAL OF**
14   UNITED STATES CITIZENSHIP AND             **CERTAIN CLAIMS AGAINST**
     IMMIGRATION SERVICES, et al.,             **CERTAIN FEDERAL DEFENDANTS,**
15                                             **AND TO QUASH DISCOVERY**
            Defendants.                        **REQUEST**
16
                                               [Re: ECF No. 20]
17   _____/

18       At the April 18, 2013 Initial Case Management Conference, Plaintiff informed the court of his

19   desire to file a motion for a preliminary injunction and to have it heard by the court relatively soon.

20   *See* 4/18/2013 Minute Order, ECF No. 13.  The court directed the parties to meet and confer and to

21   submit a briefing schedule and hearing date for it. *See id.*  On April 26, 2013, the parties filed a

22   stipulation that included the briefing schedule for Plaintiff's motion for a preliminary injunction and

23   set it for hearing on July 3, 2013, Stipulation, ECF No. 14, and the court approved it the same day,

24   4/26/2013 Order, ECF No. 15.  The stipulation and the court order contemplated only the filing and

25   hearing of a motion for preliminary hearing.  *See* Stipulation, ECF No. 14; 4/26/2013 Order, ECF

26   No. 15.

27       Pursuant to the 4/26/2013 Order, Plaintiff filed his motion for a preliminary injunction on May

28   29, 2013.  Motion, ECF No. 17.  The Government filed its opposition to the motion on June 12,

C 13-00591 LB
ORDER

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT
For the Northern District of California

1  2013, also pursuant to the 4/26/2013 Order.  Opposition, ECF No. 20.  In the same brief, the

2  Government also moved(1) for  partial judgment on the pleadings, (2) for dismissal of claims against

3  certain federal defendants, and (3) to quash a discovery request.  *See id.*

4     These motions were not contemplated by the court's 4/26/2013 Order, nor were they discussed

5  with the court at the April 26, 2013 Initial Case Management Conference, when the court agreed to

6  hear Plaintiff's motion.  *See* 4/18/2013 Minute Order, ECF No. 13.  Whatever the merits of these

7  motions, the court does not believe it is in the interests of this case to hear them on an abbreviated

8  schedule on July 3, 2013, at the same time as it hears argument on Plaintiff's motion for a

9  preliminary injunction.  Accordingly, the court **DENIES WITHOUT PREJUDICE** the

10 Government's motions for (1) partial judgment on the pleadings, (2) for dismissal of claims against

11 certain federal defendants, and (3) to quash a discovery request.  If the Government wishes to bring

12 these motions after the court's ruling on Plaintiff's motion for a preliminary injunction, it may notice

13 them in accordance with Northern District Civil Local Rule 7.  In addition, the court notes that the

14 undersigned's standing order contemplates a joint letter process for discovery disputes, and the court

15 believes that that process suits the dispute raised in the Government's opposition.

16    In light of the above, Plaintiff's reply brief (which is due today) may be limited to responding to

17 the Government's opposition to Plaintiff's motion for a preliminary injunction.

18    **IT IS SO ORDERED.**

19 Dated: June 19, 2013

20                                          LAUREL BEELER
                                            United States Magistrate Judge

21

22

23

24

25

26

27

28

C 13-00591 LB
ORDER                                    2