UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JEFFREY MARTINS,

        Plaintiff,

   v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,

        Defendants.

_____/

No. C 13-00591 LB

**ORDER FOR SUPPLEMENTAL INFORMATION**

The AUSA assigned to this case apparently has the relevant Asylum Officer interview notes in his possession for all ten cases. *See* Burke Supp. Decl., ECF No. 24 at 2, ¶ 2. Based on exemplars of notes filed in support of the motion for a preliminary injunction, there is a ground for concluding that at most, the pages at issue are around 200. Nonetheless, to make a clear record, the government is ordered to file a chart with the pages at issue for each asylum applicant. The chart may follow this format (and the government may just fill in the blanks, scan, and e-file the chart). The chart should be e-filed as soon as possible and no later than July 2, 2013, at noon.

| FOIA Request Date | Name | Merits Hearing | Number of Pages |
|---|---|---|---|
| 3/26/12 | N.S. | 7/12/13 | |
| 4/12/12 | A.A.G. | 9/27/13 | |
| 5/23/12 | C.S. | 6/21/13 | |

ORDER (C 13 00591 LB)

| | | | |
|---|---|---|---|
| 5/1/12 | T.L. | 11/19/14 | |
| 6/1/12 | K.L. | 7/1/13 | |
| 6/15/13 | E.E. | 3/2/15 | |
| 6/15/12 | S.S. | 9/30/13 | |
| 1/19/12 | Y.L. | 7/17/14 | |
| 7/27/12 | I.A. | 3/27/13 (asylum granted) | |
| 11/1/12 | M.A. | 11/16/13 | |

**IT IS SO ORDERED.**

Dated: July 1, 2013

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (C 13 00591 LB)

2