**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFERY MARTINS,                                   No. C -13-00591 LB (EDL)

                 Plaintiff,                        **ORDER**

    v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

                 Defendant.
                                        /

     The Court orders Defendant to complete the approval/finalization process by October 18,

2013.  If Defendant is unable to complete this process by October 18, 2013, it must explain to the

undersigned judge in detail why it has not been able to do so.

     **IT IS SO ORDERED.**

Dated: September 18, 2013

                                        _Elizabeth D. Laporte_
                                        ELIZABETH D. LAPORTE
                                        United States Magistrate Judge