THOMAS R. BURKE (SBN 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: 415.276.6500
Facsimile: 415.276.6599
thomasburke@dwt.com

Attorneys for Plaintiff JEFFERY MARTINS
(Additional counsel on next page)

MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
ABRAHAM A. SIMMONS (CSBN 146400)
Assistant United States Attorney

U.S. Attorney's Office/Civil Division
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7264
Facsimile:  (415) 436-6748
Email:  Abraham.simmons@usdoj.gov

Attorneys for Defendants

DAVIS WRIGHT TREMAINE LLP

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY MARTINS,<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, an agency of the United States Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO MAYORKAS, in his official capacity as Director of United States Citizenship and Immigration Services; JANET NAPOLITANO, in her official capacity as Secretary of the Department of Homeland Security,<br><br>       Defendants. | Case No. C 13-00591 LB<br><br>SETTLEMENT AGREEMENT REGARDING ATTORNEYS' FEES<br><br>Action Filed: February 11, 2013 |

1

**<u>Additional Counsel for Plaintiff</u>**

ROBIN L. GOLDFADEN (SBN 208055)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
   OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: 415.543.9444 ext. 201
Facsimile: 415.543.0296
rgoldfaden@lccr.com

DAVIS WRIGHT TREMAINE LLP

SETTLEMENT AGREEMENT & ORDER RE: ATTY FEES
Case No. C 13-00591 LB
DWT 23140139v1 0200092-000002

In consideration of the terms set forth in this Settlement Agreement Regarding Attorneys' Fees and the covenants and conditions contained herein (the "Agreement"), Plaintiff Jeffrey Martins ("Plaintiff") and Defendants United States Citizenship and Immigration Services (USCIS), United States Department of Homeland Security (DHS), Alejandro Mayorkas, in his official capacity as Director of USCIS, and Rand Beers (substituted for Janet Napolitano), in his official capacity as Secretary of the DHS, (collectively, "Defendants"), by and through their undersigned counsel, hereby agree as follows:

WHEREAS, on November 18, 2013, Plaintiff and Defendants (collectively, the "Parties") entered into a Settlement Agreement resolving their dispute in its entirety except for the amount of attorneys' fees, if any, Defendants would pay to Plaintiff;

WHEREAS, after good-faith negotiations, the Parties have agreed to resolve the issue of attorneys' fees subject to the conditions set forth in this Agreement.

IT IS HEREBY AGREED AS FOLLOWS:

Defendant will pay to Plaintiff's attorneys, the sum of $250,000 (two hundred fifty thousand dollars) in full settlement of Plaintiff's claim for attorneys' fees.  Payment shall be made as soon as practicable after Defendants provide to the Court and Plaintiff's counsel (as contemplated by Paragraph 1 of the Settlement Agreement filed in this action on November 18, 2013) written confirmation demonstrating their compliance with the terms of the Settlement Agreement and upon the Court's dismissal of the Complaint with prejudice (as contemplated by Paragraph 2 of the November 18, 2013, Settlement Agreement).

1.      Although funds shall not become payable until after the complaint is dismissed with prejudice, to prevent delay of payment Defendant shall  initiate processing a request for payment of the funds immediately upon execution of this Agreement so that funds are available when due.  Payment of the sum shall be made by transmitting an Electronic Funds Transfer ("EFT") or by a check payable to: Davis Wright Tremaine LLP at the address set forth below:

1

DAVIS WRIGHT TREMAINE LLP

Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533

This payment shall constitute the full and final satisfaction of any and all of Plaintiff's

claims for attorney's fees, costs, and litigation expenses that could have been brought in the

above-captioned matter, and is inclusive of any interest, provided however that Plaintiff shall not

be precluded from seeking attorneys' fees, costs or other litigation expenses in the event of

Defendants' material noncompliance with the November 18, 2013 Settlement Agreement.

MELINDA HAAG
United States Attorney

Dated this 20th day of December, 2013.        /s/   Abraham A. Simmon
                                       By:    ABRAHAM A. SIMMONS
                                              Assistant United States Attorney
                                              Office of the United States Attorney
                                              for the Northern District of California
                                              *For Defendants*

Dated this 20th day of December, 2013.        /s/   Thomas R. Burke
                                              Thomas R. Burke
                                              Davis Wright Tremaine LLP

                                              Robin Goldfaden
                                              Lawyers' Committee for Civil Rights of the
                                              San Francisco Bay Area
                                              *For Plaintiff*

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Thomas R. Burke, hereby attest that concurrences in the filing of this document have

been obtained from each of the signatories.

                                              /s/   Thomas R. Burke
                                              Thomas R. Burke

IT IS SO ORDERED:

Dated this 20th day of Dec., 2013.            _____
                                              Honorable Laurel Beeler
                                              United States Magistrate Judge

2

DAVIS WRIGHT TREMAINE LLP