THOMAS R. BURKE (SBN 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: 415.276.6500
Facsimile: 415.276.6599
thomasburke@dwt.com

ROBIN L. GOLDFADEN (SBN 208055)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
    OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: 415.543.9444 ext. 201
Facsimile: 415.543.0296
rgoldfaden@lccr.com

Attorneys for Plaintiff JEFFREY MARTINS

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY MARTINS, | Case No. C 13-00591 LB |
| Plaintiff, | **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, an agency of the United States Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO MAYORKAS, in his official capacity as Director of United States Citizenship and Immigration Services; JANET NAPOLITANO, in her official capacity as Secretary of the Department of Homeland Security, | |
| Defendants. | |

Through the undersigned counsel of record for Plaintiff Jeffrey Martins, based on the Government's notice [Docket No. 50] confirming Defendants' compliance with the terms of the parties' settlement agreement [Docket Nos. 40 & 42] and its representations in the parties' March 13, 2014 Joint Case Management Conference Statement [Docket No. 51] and the March 20, 2014 Case Management Conference [Docket No. 53] that the Government has "fully complied" with the terms of the settlement, that USCIS has instructed all officers, agents, and employees involved in processing Freedom of Information Act (FOIA) requests that asylum officer interview notes are not generally covered by the deliberative process privilege and are to be produced in full unless specific material is appropriately withheld under an applicable FOIA exemption, and that USCIS is producing asylum officer interview notes when responsive to properly submitted FOIA requests, Plaintiff Jeffrey Martins respectfully requests that this Court dismiss this matter with prejudice.

DATED this 23rd of April, 2014.

DAVIS WRIGHT TREMAINE LLP

/s/ Thomas R. Burke
THOMAS R. BURKE
Attorneys for Plaintiff JEFFERY MARTINS

IT IS SO ORDERED:

Date: __April 28_____, 2014

The Honorable Laurel Beeler
United States Magistrate Judge

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
Case No. C 13-00591 LB

1